MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5084
   Fax: (408) 535-5066
   E-Mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

FILED

DEC 16 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> MARCIANO RAMIREZ CRUZ, <br>     Defendant. | No. CR 11-71036-HRL <br><br> NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the complaint in the above-entitled case against defendant Marciano Ramirez Cruz without prejudice.

DATED: 12/14/2011

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
_____
MIRANDA KANE
Chief, Criminal Division

NOTICE OF DISMISSAL (CR 11-71036-HRL)

Leave is granted to the government to dismiss the complaint in the above-entitled case against defendant Marciano Ramirez Cruz without prejudice.

Date: 12/16/11

~~PAUL S. GREWAL~~
United States Magistrate Judge
Northern District of California

Howard R. Lloyd